622 A.2d 286

**John R. ORIE, Jr., Appellee,**

v.

**Nicholas Rade STONE, Jr., Appellant,**

v.

**PITTSBURGH NATIONAL BANK, Garnishee.**

Supreme Court of Pennsylvania.

Argued March 11, 1993.

Decided April 1, 1993.

Robert Rade Stone, Richard O. Freyvogel, Jr., Pittsburgh, for appellant.

John R. Orie, Jr., Orie & Zivic, Pittsburgh, for appellee.

Joel B. Gold, Pittsburgh, for Pittsburgh Nat. Bank.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.